PETER F. MORGAN, Respondent, v. FRANK SQUATZ and ROSIE SQUATZ, His Wife, Sometimes Called FRANK SQUAZZO and ROSIE SQUAZZO, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss for lack of prosecution granted, with ten dollars costs. The delay of seventeen years in bringing the action to trial, with a *lis pendens* on file against defendants' property, was unconscionable, and is not excused by the very general allegations in the answering affidavit. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

JOSEPH L. RAFFAELI, Respondent, v. ELIZABETH E. POMEROY, Appellant.— Judgment and order reversed, and complaint unanimously dismissed, with costs. An action in ejectment cannot be maintained except against a person in actual possession or claiming title to the property or an interest therein. (*Kraus* v. *Birnbaum*, 200 N. Y. 130.) There is no evidence that defendant ever had physical possession of the area in question, nor any pretense that she claimed any title thereto or interest therein. The retaining wall and the area were built by the predecessor in interest of the plaintiff as well as of the defendant. It is not, therefore, a case where the defendant has erected or maintained a retaining wall that encroaches upon plaintiff's property. The fact that the physical condition benefited the defendant by permitting more light and air to reach her premises, does not constitute a possession on her part which will sustain an action of ejectment. The defendant was under no obligation to improve the property of plaintiff, as she is required to do by this judgment. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

THE WEBSTER MANUFACTURING COMPANY, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CATHERINE AYLWERD, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant, and ARTHUR CARLSON, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

LUCY BIANCO, Respondent, v. PETER BIANCO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

EDWARD BYERS, Appellant, v. MARGARET CHANDLER ALDRICH, Respondent.— Judgment and order unanimously affirmed, with costs. The effect of continuing to care for and handle defendant's horse was a question of fact, as the matter of assumption of risk has not been abrogated in the Labor Law, section 202.* (See *Wiley* v. *Solvay Process Co.*, 215 N. Y. 584.) Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

* Amd. by Laws of 1910, chap. 352.— [REP,